# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
|  | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | Case No. 1:24-cr-00046 |
| James Deangelo-William Rushing, | ) | |
|  | ) | |
| Defendant. | ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on December 18, 2025, at 10:45 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court